# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK SALAMA,** *Plaintiff,* v. **LUCKYVITAMIN, LLC,** *Defendant.* | Case No. 2:19-cv-02073-JDW |

## ORDER

**AND NOW,** this 30th day of December, 2019, the Court having been advised that the above-captioned matter has settled, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.